PER CURIAM.
Affirmed upon the authority of Inverness Coco-Cola Bottling Company v. McDaniel, Fla.1955, 78 So.2d 100; Curtis Pools, Inc. v. Fulton, Fla.App.1959, 115 So.2d 442; Bates v. Brady, Fla.App.1961, 126 So.2d 750; Stolley & Associates, Inc. v. Lawrence, Fla.App. 1971, 243 So.2d 446; Executive Motors, Inc. v. Citizens National Bank of Orlando, Fla.App.1973, 273 So.2d 93; Rule 4.2(d), F.A.R. Compare Fixel v. Clevenger, Fla.App.1973, 285 So.2d 687; § 47.122, Fla.Stat.